IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SHANNON WORD**                                                                **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO: 3:25-cv-569-KHJ-MTP**

**TELLIGEN, INC.**                                                               **DEFENDANT**

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

COMES NOW counsel for Defendant, Emma J. Redden, and moves this Honorable Court for leave to withdraw as counsel. Defendant would show that Emma J. Redden is leaving the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC. Going forward Defendant will continue to be represented by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC and Morgan Murphy. The withdrawal of Ms. Redden as counsel for Defendant will not cause a delay on this case. Defendant requests that the requirement for a separate memorandum be waived based on the simple nature of this request to withdraw.

**WHEREFORE, PREMISES CONSIDERED,** undersigned counsel prays for an Order granting Emma J. Redden leave to withdraw as counsel for the Defendant in this matter so the Defendant can continue to represented by Morgan Murphy and Baker, Donelson, Bearman, Caldwell & Berkowitz, PC.

This, the 9th day of December, 2025.

    Respectfully submitted,

    TELLIGEN, INC.

    By its Attorneys,

    BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC

4924-1510-2848

By: */s/ Emma J. Redden*
   EMMA J. REDDEN (*admitted pro hac vice*)
   D. Morgan Murphy (MSB# 106396)
   BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
   First Horizon Building
   165 Madison Avenue, Suite 2000
   Memphis, Tennessee 38103
   Telephone: (901) 577-2261
   Facsimile: (901) 531-8494
   eredden@bakerdonelson.com
   mmurphy@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Service with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel registered with the ECF system.

This, the 9th day of December, 2025.

            */s/ Emma J. Redden*
            Emma J. Redden

4924-1510-2848