# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SHANNON WORD**                                                                                          **PLAINTIFF**

**vs.**                                                                  **CIVIL ACTION NO. 3:25cv569-KHJ-MTP**

**TELLIGEN, INC.**                                                                                          **DEFENDANT**

---

### DEFENDANT TELLIGEN, INC.'S NOTICE OF SERVICE OF ITS FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

---

COMES NOW Defendant Telligen, Inc. ("Telligen" or "Defendant"), through its undersigned counsel of record, and gives notice that the following was served via email on all counsel of record on January 30, 2026:

1. Defendant Telligen's First Set of Interrogatories to Plaintiff.
2. Defendant Telligen's First Request for Production of Documents and to Plaintiff.

This, the 30th day of January 2026.

    Respectfully submitted**,**

    **TELLIGEN, INC.**

    By Its Attorneys,

    BAKER, DONELSON, BEARMAN,
     CALDWELL & BERKOWITZ, PC

    By: */s/ Nakimuli Davis-Primer*
     NAKIMULI DAVIS-PRIMER

1

OF COUNSEL:

Nakimuli Davis-Primer (MB No. 103320)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Post Office Box 14167
Jackson, MS 39236-4167
Telephone: (601) 351-2400
Facsimile: (601) 351-2424
ndavisprimer@bakerdonelson.com

and

D. Morgan Murphy (MSB# 106396)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
First Horizon Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-8164
Facsimile: (901) 531-8494
mmurphy@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing to be served via email to the following counsel of record:

> Louis H. Watson, Jr.
> The Watson Law Firm, PLLC
> 1501 Jackson Ave W Ste 113 PMB 101
> OXFORD, MS 38655-2566
> Telephone: (601) 968-0000
> Facsimile: (601) 968-0010
> louis@thewatsonlawfirm.com

This, the 30th day of January, 2026.

                                                  */s/ Nakimuli Davis-Primer*
                                                NAKIMULI DAVIS-PRIMER