**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**SHANNON WORD**                                             **PLAINTIFF**

vs.                                       **CIVIL ACTION NO. 3:25cv569-KHJ-MTP**

**TELLIGEN, INC.**                                        **DEFENDANT**

**DEFENDANT TELLIGEN, INC.'S NOTICE OF SERVICE OF ITS**
**FIRST SET OF INTERROGATORIES AND REQUESTS**
**FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

COMES NOW Defendant Telligen, Inc. ("Telligen" or "Defendant"), through its undersigned counsel of record, and gives notice that the following was served via email on all counsel of record on January 30, 2026:

1. Defendant Telligen's First Set of Interrogatories to Plaintiff.
2. Defendant Telligen's First Request for Production of Documents and to Plaintiff.

This, the 2nd day of February, 2026.

                                                               Respectfully submitted**,**

                                                               **TELLIGEN, INC.**

                                                               By Its Attorneys,

                                                               BAKER, DONELSON, BEARMAN,
                                                                CALDWELL & BERKOWITZ, PC

                                                                By: */s/ Nakimuli Davis-Primer*
                                                                NAKIMULI DAVIS-PRIMER

OF COUNSEL:

Nakimuli Davis-Primer (MB No. 103320)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Post Office Box 14167
Jackson, MS 39236-4167
Telephone: (601) 351-2400
Facsimile: (601) 351-2424
ndavisprimer@bakerdonelson.com

and

D. Morgan Murphy (MSB# 106396)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
First Horizon Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-8164
Facsimile: (901) 531-8494
mmurphy@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026 I caused the foregoing to be served via email to the following counsel of record:

Louis H. Watson, Jr.
The Watson Law Firm, PLLC
1501 Jackson Ave W Ste 113 PMB 101
OXFORD, MS 38655-2566
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
louis@thewatsonlawfirm.com

This, the 2nd day of February, 2026.

*/s/ Nakimuli Davis-Primer*
NAKIMULI DAVIS-PRIMER

2